UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BETHENE VALLES,                          No. 2:07-cv-02354-LKK-KJM

      Plaintiff,

   v.                                  **<u>RELATED CASE ORDER</u>**

TU PHUOC NGUYEN, et al.,

      Defendants.
_____/

MARIA SOTO, ET AL.,                      No. 2:06-cv-01612-MCE-DAD

      Plaintiffs,

   v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

DUNBAR AITKENS,                          No. 2:06-cv-02077-MCE-DAD

      Plaintiff,

   v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

1

JANICE KUESTER, et al.,                No. 2:07-cv-00398-MCE-DAD

      Plaintiffs,

    v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

YVONNE A. LA CLAIRE,                    No. 2:07-cv-00989-MCE-DAD

      Plaintiff,

    v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

OLGA MEADOR HERRERA, et al.,           No. 2:07-cv-01229-MCE-DAD

      Plaintiffs,

    v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

SADIA PUDO AWOK, et al.                 No. 2:07-cv-01231-MCE-DAD

      Plaintiffs,

    v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

SHERMAN KINARD, et al.,                 No. 2:07-cv-01255-MCE-DAD

      Plaintiffs,

    v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

KENNETH ALLEN LEAK,                    No. 2:07-cv-01943-MCE-DAD

      Plaintiff,

   v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

FLORENCE MANEZ TEAGUE,                 No. 2:07-cv-01630-MCE-DAD

      Plaintiff,

   v.

TU PHUOC NGUYEN, et al.,

      Defendants.
_____/

LARRY D. MARTIN, JR.,                  No. 2:07-cv-01934-MCE-DAD

      Plaintiff,

   v.

GREYHOUND LINES, INC., et al.,

      Defendants.
_____/

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1    The parties should be aware that relating the cases under

2  Local Rule 83-123 merely has the result that these action are

3  assigned to the same judge; no consolidation of the actions are

4  effected.  Under the regular practice of this Court, related cases

5  are generally assigned to the district judge and magistrate judge

6  to whom the first filed action was assigned.

7    IT IS THEREFORE ORDERED that the action denominated 2:07-cv-

8  02354-LKK-KJM, Bethene Valles v. Tu Phuoc Nguyen, et al., is

9  reassigned to Judge Morrison C. England, Jr. and Magistrate Judge

10 Dale A. Drozd for all further proceedings, and any dates currently

11 set in this reassigned case only is hereby VACATED.  The parties

12 are referred to the attached Order Requiring Joint Status Report.

13 Henceforth, the caption on documents filed in the reassigned case

14 shall be shown as 2:07-cv-02354-MCE-DAD.

15   IT IS FURTHER ORDERED that the Clerk of the Court make

16 appropriate adjustment in the assignment of civil cases to

17 compensate for this reassignment.

18   IT IS SO ORDERED.

19 DATED: February 15, 2008

20

21                    MORRISON C. ENGLAND, JR.
                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28