MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. MARTIN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>Defendants.<br><br>GREYHOUND LINES,<br><br>Cross-Claimant,<br><br>v.<br><br>TU PHUOC NGUYEN; and ROES 1 through 50, inclusive,<br><br>Cross-Defendants. | Case No.  2:07-cv-01934-MCE-DAD<br>(*consolidated cases*)<br><br><u>Related with</u>:<br>2:06-cv-01612-MCE-DAD (Soto)<br>2:07-cv-01630-MCE-DAD (Teague)<br><br>**STIPULATION AND VOLUNTARY DISMISSAL** |

    Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND") and plaintiff LARRY D. MARTIN, JR., by and through their undersigned attorneys, that plaintiff LARRY D. MARTIN, JR.'s Complaint is dismissed with prejudice as to defendant GREYHOUND only.  The

1  dismissal is based on the fact that a mutually agreed upon settlement has been reached on all of
2  the issues between both parties.  Each party is to bear their own attorneys fees and court costs.
3      This action is not a class action; a receiver has not been appointed; and the action is not
4  governed by any statute of the United States that requires an order of the court for dismissal.
5      All parties to this action that have entered an appearance and that remain in the action
6  have executed this dismissal through the undersigned counsel of record.

8  Dated: February 12, 2010                    LOMBARDI, LOPER & CONANT, LLP

10                                              By   /s/ Karen E. Giquinto
11                                                   KAREN E. GIQUINTO
                                                     Attorneys for Defendant
12                                                   GREYHOUND LINES, INC.

13  Dated: February 17, 2010                    THOMPSON DERDOWSKI

15                                              By   /s/ Terrance J. Thompson
16                                                   TERRENCE J. THOMPSON
                                                     Attorneys for Plaintiff
17                                                   LARRY D. MARTIN, JR.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

# **ORDER**

Pursuant to the foregoing stipulation of the parties hereto, Defendant GREYHOUND LINES, INC. is hereby dismissed from this action in its entirety with prejudice. The issue of costs and fees has been arranged in accordance to the settlement.

IT IS SO ORDERED.

DATED: April 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541