1  Stuart C. Talley (SB# 180374)
   KERSHAW CUTTER & RATINOFF LLP
2  401 Watt Avenue
   Sacramento, California 95864
3  Telephone: (916) 448-9800
   Facsimile: (916) 669-4499
4
5  Attorney for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO,<br><br>          Plaintiff,<br><br>     v.<br><br>GREYHOUND LINES, INC., et al.<br><br>          Defendants. | CASE NO. 2:06-CV-01612 MCE-DAD<br>(*Consolidated Cases*)<br><br><u>Related with</u>:<br>2:07-cv-01630-MCE-DAD (Teague)<br>2:07-cv-01934-MCE DAD (Martin)<br>2:07-cv-01943-MCE-DAD (Leak)<br><br>**STIPULATION FOR PAYMENT OF DEPOSITED FUNDS; ORDER** |
| DUNBAR AITKENS,<br><br>          Plaintiff,<br><br>     v.<br><br>GREYHOUND LINES, INC., et al.<br><br>          Defendants. | CASE NO. 2:06-CV-02077 MCE-DAD |
| JANICE KUESTER,<br><br>          Plaintiff,<br><br>     v.<br><br>GREYHOUND LINES, INC., et al.<br><br>          Defendants. | CASE NO. 2:07-CV-00398 MCE-DAD |

-1-

| | |
|---|---|
| SADIA PUDO AWOK, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>GREYHOUND LINES, INC., et al.<br><br>    Defendants. | CASE NO. 2:07-CV-01231 MCE-DAD |
| OLGA MEADOR HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREYHOUND LINES, INC., et al.<br><br>    Defendants. | CASE NO. 2:07-CV-01229 MCE-DAD |
| BETHENE M. VALLES,<br><br>    Plaintiff,<br><br>    v.<br><br>TU PHUOC NGUYEN,<br><br>    Defendant. | CASE NO. 2:07-cv-02354-MCE-DAD |
| YVONNE LA CLAIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREYHOUND LINES, INC., et al.<br><br>    Defendant. | CASE NO. 2:07-cv-00989-MCE-DAD |

| | |
|---|---|
| FLORENCE MANEZ TEAGUE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREYHOUND LINES, INC., et al.<br><br>　　　　　Defendants. | RELATED CASE<br>NO. 2:07-CV-01630 MCE-DAD |
| LARRY D. MARTIN, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREYHOUND LINES, INC., et al.<br><br>　　　　　Defendants. | RELATED CASE<br>CASE NO. 2:07-CV-01934 MCE-DAD |
| KENNETH ALLEN LEAK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREYHOUND LINES, INC., et al.<br><br>　　　　　Defendants. | RELATED CASE<br>CASE NO. 2:07-cv-01943-MCE-DAD |
| AND CROSS-COMPLAINT. | |

　　　WHEREAS, this case arises from an accident involving a motor vehicle driven by Defendant TU PHUOC NGUYEN and a bus owned an operated by Defendant GREYHOUND LINES, INC;

　　　WHEREAS, plaintiffs in all of the above entitled actions were passengers on the Greyhound bus involved in the accident and each has asserted claims against both TU PHUOC NGUYEN and GREYHOUND LINES, INC. for injuries suffered in the accident;

1  WHEREAS, defendant TU PHUOC NGUYEN filed for bankruptcy and thereafter sought
2  dismissal from this case;
3  WHEREAS, as a condition of dismissal the Court required the insurance carrier for TU
4  PHUOC NGUYEN to interplead with this Court the sum or $50,000 which represents the policy
5  limits for defendant TU PHUOC NGUYEN;
6  WHEREAS, said funds were deposited with the Court on or about September 23, 2009;
7  WHEREAS, all plaintiffs named in the above entitled actions have agreed on an
8  appropriate apportionment of the $50,000.
9  IT IS HEREBY STIPULATED AND AGREED BY THE UNDERSIGNED THAT
10 JUDGMENT BE ENTERED IN THIS ACTION AS FOLLOWS:
11 The $50,000 deposited with the court shall be paid to plaintiffs and their attorneys of
12 record and as follows:

| | |
|---|---|
| Janice Kuester and her attorneys Kershaw Cutter & Ratinoff | $ 19,249 |
| Olga Meador Herrera and her attorneys Kershaw Cutter & Ratinoff | $ 6,053 |
| Dunbar Aitkens and his attorneys Kershaw, Cutter & Ratinoff | $ 3,356 |
| Sadia Awok Pudo and her attorneys Kershaw Cutter & Ratinoff | $3,643 |
| Mary Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $345 |
| Diana Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $901 |
| Susan Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $ 896 |
| Bethene Valles and her attorneys Law Offices of Thomas Santistevan | $1,717 |
| Kenneth Leak and his attorneys Reiner, Simpson, Timmons & Slaughter | $2,601 |
| Maria Soto and her attorneys Walker, Hamilton & Koenig | $2,081 |
| Yvonne La Claire and her attorney William Kuziara | $1,665 |
| Larry Martin and his attorney Terrance Thompson | $ 3,850 |

| Florence Teague and her attorneys Vantassell, Fornasero & Wagstaffe | $ 3,642 |
|---|---|

Dated: July 21, 2010_____.  LAW OFFICES OF TERRANCE J. THOMPSON


By ___/s/_____
TERRANCE J. THOMPSON
P.O. Box 2189
Sacramento, California 95812
Telephone: (916) 442-9406
*Attorneys for Plaintiff LARRY D. MARTIN, JR.*


Dated: July 23, 2010_____.  VANTASSELL, FORNASERO & WAGSTAFFE


By ___/s/_____
PAUL J. WAGSTAFFE
2625 Fair Oaks Blvd., Suite 7
Sacramento, California 95864
Telephone: (916) 444-8633
*Attorneys for Plaintiff FLORENCE MANEZ TEAGUE*


Dated: July 21, 2010_____.  WALKER, HAMILTON & KEONIG


By ___/s/_____
CLARISSA E. KEARNS
50 Francisco Street, Suite 460
San Francisco, California 94133
Telephone: (415) 986-3339
*Attorneys for Plaintiff MARIA SOTO*

| | | |
|---|---|---|
| 1 | Dated: July 27, 2010_____. | KERSHAW, CUTTER & RATINOFF LLP |

By _____/s/_____
STUART C. TALLEY
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
*Attorneys for Plaintiffs JANICE KUESTER, DUNBAR AITKENS, OLGA MEADOR HERRERA, SADIA PUDO AWOK, DIANA TARCISYO PUNO, SUSAN TARCISYO PUNO, and MARY TARCISYO PUNO*

Dated: July 21, 2010_____.        LAW OFFICES OF THOMAS
                                              SANTISTEVAN

By _____/s/_____
THOMAS SANTISTEVAN
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 553-0056
*Attorneys for Plaintiff Bethene Valles*

Dated: July 20, 2010_____.        LAW OFFICE OF WILLIAM T. KUZIARA

By _____/s/_____
WILLIAM KUZIARA
P.O. Box 1266
Santa Rosa, CA 95402
Telephone: (707) 546-1040
*Attorneys for Plaintiff Yvonne La Claire*

Dated: July 21, 2010_____.        REINER, SIMPSON, TIMMONS &
                                              SLAUGHTER

By _____/s/_____
ROBERT SIMPSON
2851 Park Marina Drive
Suite 200
Redding, CA 96001
Telephone: (530) 241-1905
*Attorneys for Plaintiff Kenneth Leak*

# **ORDER**

IT IS HEREBY ORDERED that the $50,000 deposited with the court shall be paid to plaintiffs and their attorneys of record and as follows:

| | |
|---|---|
| Janice Kuester and her attorneys Kershaw Cutter & Ratinoff | $ 19,249 |
| Olga Meador Herrera and her attorneys Kershaw Cutter & Ratinoff | $ 6,053 |
| Dunbar Aitkens and his attorneys Kershaw, Cutter & Ratinoff | $ 3,356 |
| Sadia Awok Pudo and her attorneys Kershaw Cutter & Ratinoff | $3,643 |
| Mary Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $345 |
| Diana Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $901 |
| Susan Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $ 896 |
| Bethene Valles and her attorneys Law Offices of Thomas Santistevan | $1,717 |
| Kenneth Leak and his attorneys Reiner, Simpson, Timmons & Slaughter | $2,601 |
| Maria Soto and her attorneys Walker, Hamilton & Koenig | $2,081 |
| Yvonne La Claire and her attorney William Kuziara | $1,665 |
| Larry Martin and his attorney Terrance Thompson | $ 3,850 |
| Florence Teague and her attorneys Vantassell, Fornasero & Wagstaffe | $ 3,642 |

**IT IS SO ORDERED.**

DATED: July 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE